IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **ANTHONY B. MOORE,** | * | |
| | * | |
| | * | |
| **Plaintiff,** | * | **Case No.:** |
| | * | **1:10-CV-201-TCB-LTW** |
| **vs.** | * | |
| | * | |
| **FRANK C. MILLS, III, et al.,** | * | |
| | * | |
| | * | |
| **Defendants.** | * | |

## **ORDER**

For Good Cause shown, Defendants' Motion to Exceed Page Limit for their Brief in Support of their Motion to Dismiss is GRANTED.

SO ORDERED this 18th day of February, 2010.

                                                        s/Linda T. Walker
                                                        LINDA T. WALKER
                                                        UNITED STATES MAGISTRATE JUDGE